UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CR-86 |
| | ) | (VARLAN/GUYTON) |
| NICHOLAS HARDISON, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the following motions by the defendant, all of which were filed on November 4, 2005:

(1) Motion to Suppress Search of Residence [Doc. 16]; and

(2) Motion to Suppress Stop of a Vehicle [Doc. 18].;

On March 1, 2006, the defendant entered a plea of guilty before District Judge Thomas A. Varlan. Accordingly, the defendant's motions [**Docs. 16 and 18**] are **DENIED as moot**.

**IT IS SO ORDERED.**

ENTER:

　　　　　s/ H. Bruce Guyton
United States Magistrate Judge